O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1461 AHM (PLAx) | Date | March 14, 2011 |
|---|---|---|---|
| Title | HECTOR BENAVIDES v. ALTICOR, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

The Court is in receipt of Defendants' timely response to the Court's February 24, 2011 Order to Show Cause ("OSC").

The Court finds that Defendants have demonstrated Plaintiff's citizenship for purposes of removal.

The Court hereby gives Defendants' leave to secure and file a stipulation that the amount in controversy is greater than $75,000. Defendants' are ordered to file such a stipulation by not later than Tuesday, March 22, 2011. If such a stipulation is filed, the Court will discharge its OSC. Failure to file such a stipulation will be construed as consent to the remand of this action to the Los Angeles County Superior Court.

:

Initials of Preparer    SMO